978

No. 00–6528.  IN RE FRANZA.  Petition for writ of habeas corpus denied.

No. 00–411.  IN RE RITCHIE.  Petition for writ of mandamus denied.

No. 00–201.  NEW YORK TIMES CO., INC., ET AL. *v.* TASINI ET AL.  C. A. 2d Cir.  Motion of Northern Light Technology, Inc., for leave to file a brief as *amicus curiae* granted.  Certiorari granted.

No. 00–347.  THE WHARF (HOLDINGS) LTD. ET AL. *v.* UNITED INTERNATIONAL HOLDINGS, INC., ET AL.  C. A. 10th Cir.  Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 99–10124.  SALAZAR *v.* UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 99–10202.  DEAN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–44.  MOBIL MINING & MINERALS *v.* NIXSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–216.  MOORE *v.* VALDER.  C. A. D. C. Cir.  Certiorari denied.

No. 00–220.  HENRY E. & NANCY HORTON BARTELS TRUST FOR THE BENEFIT OF THE UNIVERSITY OF NEW HAVEN ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 00–221.  BUCHIGNANI *v.* VINING-SPARKS, IBG, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 00–320.  SMITH ET UX. *v.* CITY OF CUMMING ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–322.  COATES *v.* VIRGINIA POWER CO.  C. A. 4th Cir.  Certiorari denied.